1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  UNITED STATES OF AMERICA,

9           Plaintiff,

10          v.

11  CHRISTOPHER MICHAEL MAXWELL,

12          Defendant/Judgment Debtor

13          and

14  THE VANGUARD GROUP,

15          Garnishee.

NO. MC20-0011RSL

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT AND
NOTICE TO
DEFENDANT/JUDGMENT DEBTOR

16
17
18     This matter comes before the Court on plaintiff's "Application for Writ of Continuing

19  Garnishment" for property in which the defendant/judgment debtor, Christopher Michael Maxwell,

20  has a substantial nonexempt interest and which is in the possession, custody, or control of the

21  garnishee, The Vanguard Group. The Court having reviewed the record in this matter, hereby

22  ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the

23  "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on February

24  18, 2020. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor

25  and the garnishee with a copy of the writ and accompanying instructions.

26
27
28  ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT - 1

Dated this 19th day of February, 2020.

_Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT - 2